# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00400-CV

---

**The City of Austin d/b/a Austin Energy, Appellant**

**v.**

**Maria Del Rosario Membreno Lopez as Next Friend of
Jaime Antonio Membreno Lopez, Appellee**

---

**FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-15-004371, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellant the City of Austin d/b/a Austin Energy has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob E. Shannon, Justice

Before Justices Triana, Smith, and Shannon

Dismissed on Appellant's Motion

Filed: August 13, 2019